# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**Alejandro Vega**

    vs.

**T.R. Craig**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:05-CV-533


**____**  **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


**_X_**  **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED** THAT PETITIONER'S ACTION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION & ORDER FILED JUNE 9, 2005.


Dated:  June 9, 2005

*Laurence K. Baum*
Clerk of Court


s/S. Potter
By:  Deputy Clerk